**SO ORDERED**



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.:   12–29487 – TJC   Chapter:  13

| Adetutu Akinkuowo | Morolayo Akinkuowo |
|---|---|
| 14824 London Lane | 14824 London Lane |
| Bowie, MD 20715 | Bowie, MD 20715 |

**ORDER UPON REQUEST TO MODIFY
<u>CHAPTER 13 PLAN AFTER CONFIRMATION</u>**

TO: the party requesting modification of the Plan:

You have filed a request to modify the Chapter 13 Plan that has been confirmed in the instant case. Therefore, pursuant to Federal Bankruptcy Rule 3015(g), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that within seven (7) days after this Order is entered, you shall give Notice by first−class mail that a proposed Plan modification has been filed, that there is a right to object to the requested modification within thirty (30) days after the date of the Notice, and that in the event an objection is filed, a hearing will be held on **May 7, 2013**, at **10:00**, in Courtroom **3−E**,

U.S. Courthouse
Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

The Notice shall be given to the Debtor(s), the Trustee and all creditors who have filed claims, and a copy of the proposed modification or a summary thereof shall be sent with the Notice; and it is further

ORDERED, that within fourteen (14) days you shall file a certificate that the Notice and proposed modification were mailed in accordance with the preceding ORDERED paragraph.

cc:   Party Requesting Modification −Debtor c/o Alon J. Nager, Esq.

**End of Order**

**8.3** – *yoliver*