IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| IN RE: | | |
| ADETUTU AKINKUOWO | * | CASE NO. 12-29487 |
| MOROLAYO AKINKUOWO | * | |
| Debtors | * | CHAPTER 13 |

## NOTICE OF MOTION TO MODIFY CONFIRMED PLAN

You are notified of the filing of the Motion by the Debtors requesting a Modification of the confirmed Chapter 13 Plan. Your rights may be affected. You should consult with your lawyer regarding these documents. Any interested party objecting to the proposed plan modification must file an objection with the United States Bankruptcy Court for the District of Maryland within thirty (30) days after the date of this Notice. You are further notified that unless an objection is filed, the Court may grant the motion without a hearing. A hearing on the motion is scheduled for May 7, 2013 at 10:00 a.m. in Courtroom 3-E, U.S. Bankruptcy Court for the District of Maryland, Greenbelt Division, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

If you choose to file a response you may do so by mailing it to the Clerk's Office so that it is received no later than thirty (30) days after the date of this motion. You must also serve a copy on the undersigned.

Dated: April 15, 2013

*/s/ Alon J. Nager, Esquire*
Alon J. Nager, #28551
Chaifetz & Coyle, PC
7164 Columbia Gateway Drive
Suite 205
Columbia, MD 21046
(443) 546-4608
anager@chaifetzandcoyle.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2012, I sent a copy of the Motion to Modify Confirmed Plan, Notice of Motion and Exhibit A to the following by first class mail postage prepaid, or by electronic means if applicable:

**All persons/entities listed on the attached mailing matrix**

/s/ Alon J. Nager
Alon J. Nager