| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 12-29487<br>District of Maryland<br>Greenbelt<br>Mon Apr 15 11:45:19 EDT 2013 | America's Servicing Co.<br>MAC X7801-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | U.S. Bank, National Association, as Trustee<br>4520 East West Highway, Suite 200<br>Bethesda, MD 20814-3382 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Americas Servicing Co<br>P.o. Box 10328<br>Des Moines, IA 50306-0328 | BWW Law Group, LLC<br>Can Erim, Esq.<br>BWW Law Group, LLC<br>4520 East West Highway, Suite 200<br>Bethesda, MD 20814-3382 |
| CAPITAL ONE BANK (USA), N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 | Cap One<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | CashNet USA<br>200 West Jackson, Suite 1400<br>Chicago, IL 60606-6929 |
| CashNet USA<br>P.O. Box 643990<br>Cincinnati, OH 45264-0309 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Hibernia Ntl/Capital One<br>Attention: Bankruptcy<br>1 Corporate Dr, Suite 360<br>Lake Zurich, IL 60047-8945 | Mid America Bank<br>P.O.Box 84059<br>Columbus, GA 31908-4059 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Midland Funding, LLC<br>c/o Nathan D. Willner, Esq.<br>P.O. Box 1269<br>Mount Laurel, NJ 08054-7269 | Orchard Bank<br>PO Box 49352<br>San Jose, CA 95161-9352 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Prince George's County<br>Treasurer Division<br>Room 1090<br>Upper Marlboro, MD 20772 | Princeton Square Homeowner's Assoc.<br>c/o Stephen H. Helfrich<br>4000 Mitchellville Road<br>Bowie, MD 20716-3104 |
| Sm Servicing<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2201 | U.S. Bank, National Association, as Trustee<br>c/o America's Servicing Company<br>Attn: Bankruptcy Department<br>3476 Stateview Blvd., MAC #D3347-01<br>Fort Mill, SC 29715-7203 |
| Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403-5609 | Victoria's Secret<br>Attention: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Wfnnb/New York & Compa<br>Attention: Bankruptcy<br>P.O. Box 182685<br>Columbus, OH 43218-2685 |

| | | |
|---|---|---|
| Adetutu Akinkuowo<br>14824 London Lane<br>Bowie, MD 20715-2543 | Alon Nager<br>Chaifetz & Coyle, P.C.<br>7164 Columbia Gateway Drive<br>Suite 205<br>Columbia, MD 21046-2984 | Morolayo Akinkuowo<br>14824 London Lane<br>Bowie, MD 20715-2543 |

Nancy Spencer Grigsby
4201 Mitchellville Road
Suite 401
Bowie, MD 20716-3164

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services<br>1 Dell Way<br>Round Rock, TX 78682 | (d)Dell Financial Services, LLC<br>c/o Resurgent Capital Services<br>Po Box 10390<br>Greenville, SC 29603 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Hsbc/ms
INVALID ADDRESS PROVIDED

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34